UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Sara Clampitt,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 1:23-cv-1236-JRS-TAB |
| ) | |
| **Source Receivables Management, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2023 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Jason Rockwell
Source Receivables Management, LLC
Counsel for Defendant
jasonrockwell@sourcerm.com

                                              Respectfully Submitted,

                                              /s/John T. Steinkamp
                                              John T. Steinkamp
                                              John Steinkamp & Associates
                                              5214 S. East Street, Suite D1
                                              Indianapolis, IN46227
                                              (317) 780-8300
                                              (317) 217-1320 fax
                                              john@johnsteinkampandassociates.com